UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20616 – CIV-COOKE/McALILEY

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant

_____/



## EXPEDITED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTIONS IN LIMINE PERTAINING TO DEFENDANT'S REBUTTAL EXPERT WITNESSES

Plaintiff, Dr. Robert J. Myerburg ("Dr. Myerburg"), respectfully moves this Honorable Court to enter an expedited order granting an extension of time for Dr, Myerburg to file motions in limine pertaining to Medtronic, Inc.'s ("Medtronic"), rebuttal expert witnesses, Mr. Cohen and Mr. Kruger.

As grounds therefor, Plaintiff would show unto this Court as follows:

1.    Per the joint scheduling order, July 27, 2004 is the designated deadline for all motions in limine.

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 5

2.      Dr. Myerburg has successfully deposed three of Medtronic's expert witnesses but due to scheduling conflicts on both sides, has been unable to depose Medtronic's two remaining rebuttal experts.

3.      They were previously scheduled and noticed for April 27th and May 25th, and then canceled.  After many attempts to reschedule, Medtronic provided July 7, 2004, as the next available date, and Dr. Myerburg properly noticed them on June 14, 2004.  Attached as Exhibit A.

4.      Next, counsel for Medtronic informed us that he would be on vacation the same week of the agreed July 7, 2004 depositions, and that they had to be canceled again.

5.      Previously, on May 10, 2004, Dr. Myerburg's counsel filed a notice of scheduling conflicts with this Court.  This notice stated that Mr. Bailey would be unavailable from June 7, 2004 through June 21, 2004 for back surgery and from July 10, 2004 through July 31, 2004 due to a pre-paid trip to Europe.  Attached as Exhibit B.

6.      Dr. Myerburg has tried repeatedly and unsuccessfully to reschedule, these depositions.  Attached as Exhibit C.

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 3 of 5

7.     Given both parties' scheduling conflicts, Dr. Myerburg has asked Medtronic to agree to the only viable solution, a stipulation for an extension of time to file motions in limine.

8.     Counsel for Medtronic not only disagrees with this solution but has suggested that counsel for Dr. Myerburg hold the depositions of Medtronic's experts telephonically from vacation in Europe and in the next week.  Attached as Exhibit D.

9.     Dr. Myerburg is entitled to depose expert witnesses and these depositions must be completed before Dr. Myerburg can file motions in limine. However, the deadline is July 27, 2004, in less than a week.

10.     This motion is submitted in good faith and not for reasons of mere delay.

11.     The granting of this request would work prejudice on no party.


WHEREFORE, for the reasons stated above, Dr. Myerburg hereby requests this Honorable Court to grant him an expedited extension of time for forty five days (45) to take Medtronic's expert witness depositions and file related motions in limine.

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 4 of 5

## Certificate of Counsel in Compliance with Local Rule 26.1(I)

The undersigned hereby certifies that he has made a good faith effort to resolve the matters referred to in this motion. Counsel for Dr. Myerburg has conferred in writing with opposing counsel in an attempt to resolve this discovery dispute and has been unable to come to a mutual agreement.

Respectfully submitted,
Bailey & Dawes, L.C.
Counsel for Myerburg
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
Guy B. Bailey, Jr.
Florida Bar No. 96095
Kristina M. Bakardjiev
Florida Bar No. 587400

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was fax and mailed to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis, First Union Building, Suite 4000, 200 S. Biscayne Boulevard, Miami, Florida 33131-2310, this 20th day of July, 2004.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20616 – CIV-LENARD
MAGISTRATE JUDGE: ANDREA M. SIMONTON

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant

_____/



## NOTICE OF TAKING TELEPHONIC DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that pursuant to all applicable laws and Federal Rules of Civil Procedure, the undersigned attorneys will take the telephonic deposition duces tecum of:

| | |
|---|---|
| Name of Deponent: | Kurt H. Kruger |
| Date and Time: | Tuesday, April 27th, 2004 at 11:00 a.m., Eastern Time |
| Location: | Del Vecchio Reporting, LLC 700 Canal Street Third Floor Stanford, Connecticut Telephone (203) 245-9583 |

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 3

upon oral examination before a notary public or other person authorized by law to take depositions. The oral examination will continue from day to day until completed. The deposition is being taken for any and all purposes permissible by law.

Deponent is requested to have at said time and place the documents described in the annexed Schedule "A."

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation, including hearing assistance, to participate in this proceeding should contact the undersigned for assistance no later than seven days prior to the proceeding.

PLEASE BE GOVERNED ACCORDINGLY.

Respectfully submitted,

Bailey & Dawes, L.C.
Counsel for Robert J. Myerburg, M.D.
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
Guy B. Bailey, Jr.
Florida Bar No. 96095

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 3 of 3

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was furnished via facsimile and

U.S. Mail to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis,

First Union Building, Suite 4000, 200 South Biscayne Boulevard, Miami, Florida

33131-2310, on this 16th day of April, 2004.

Of Counsel

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CASE NUMBER: 03-20616-CIV-LENARD
**Magistrate Judge** Simonton
**Southern District of Florida**

**ROBERT J. MYERBURG, M.D.,**

    **Plaintiff,**

        v.

**MEDTRONIC, INC., a Minnesota Corporation,**

    **Defendant.**

_____/

**SUBPOENA DUCES TECUM
IN A CIVIL CASE**

**TO:   Kurt H. Kruger
      20 Apple Tree Trail
      Westport, Connecticut 06880**

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a telephonic deposition in the above case and to have with you at said time and place the documents described in the annexed Schedule "A":

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Del Vecchio Reporting, LLC<br>700 Canal Street, Third Floor<br>Stanford, Connecticut | Tuesday, April 27, 2004 at 11:00 a.m |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, any may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>April 16, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Guy B. Bailey, Jr., Esquire
Attorneys for Plaintiff
Bailey & Dawes, L.C.
Continental Plaza, Suite 301
3250 Mary Street
Miami, FL 33133
Telephone: (305) 374-5505
Florida Bar No.: 96095**

| Date | Place |
|------|-------|
|      |       |

**SERVED**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|
|                        |                   |

| SERVED ON (PRINT NAME) | TITLE |
|------------------------|-------|
|                        |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of American that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
         Date

Signature of Server _____

Address of Server _____

_____

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

**(c)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1)      A party or any attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)      Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A)  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

    (i)      fails to allow reasonable time for compliance;
    (ii)     requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)     subjects a person to undue burden.

(B)      If a subpoena

    (i)      requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)     requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d)   DUTIES IN RESPONDING TO SUBPOENA.**

(1)      A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)      When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## SCHEDULE "A"

**THE BELOW LISTED DOCUMENTS ARE VERY IMPORTANT AND SHOULD BE BROUGHT WITH YOU TO THE DEPOSITION. FAILURE TO COMPLY WITH THIS REQUEST MAY RESULT IN THE NEED FOR ADDITIONAL DISCOVERY DEPOSITIONS AND THE AWARDING OF COURT COSTS AND/OR ATTORNEY'S FEES. EVEN IF YOU BELIEVE SOME OF THE REQUESTED MATERIAL IS PROTECTED BY SOME LEGAL PRIVILEGE, YOU SHOULD STILL BRING IT WITH YOU TO THE DEPOSITION SO IT CAN BE IDENTIFIED AND LATER CONSIDERED BY THE JUDGE.**

1.  Your entire file. Please bring any work product materials from your files to the deposition so they can be identified and later ruled upon by the court.

2.  Any and all materials you reviewed in this matter, including, but not limited to, depositions, correspondence, photographs, reports, books, articles, literature, films, tests, experiments, statements, or other reference materials that you used or are relying on.

3.  Any and all reports you prepared or furnished in this case.

4.  Any and all reports which were furnished to you by other experts in this case.

5.  Your curriculum vitae.

6.  Your complete billing file in this case, including, but not limited to, the charges you have rendered, the statements that you have rendered, the time spent on this case, and other relevant materials concerning the time and billings on this case through the date of the deposition.

7.  A list of all cases in which you have been retained to testify in the past five years, including the name of the attorney who retained you, the name of the case which you reviewed, the Court and judicial circuit in which the case was filed and the case number.

8.  Any and all test results and/or experiments you conducted in this case.

9.      Any and all reports or analysis made by you because of tests and/or experiments conducted in this case. This request includes copies of your notes, data or other written information concerning tests or experiments.

10.      Any and all photographs which were taken by you, your agents, servants or employees or which you reviewed in this case.

11.      Any and all films taken by you, your servants, agents or employees or reviewed in this case.

12.      Any and all video tapes taken by you, your servants, agents, or employees or reviewed in this case.

13.      Any and all results of tests you, your agents, servants or employees conducted in this case.

14.      Any and all notes, writings, memoranda, etc., which you have prepared on this case.

15.      Any and all computer printouts from computers used by you or your agents, servants or employees regarding any analysis made of this case.

16.      Any and all notes taken or prepared by you or your agents, servants or employees which were prepared for this case.

17.      Any and all literature written by you.

18.      A copy of any and all written correspondence either directed to you from legal counsel in the case or written by you to legal counsel.

19.      All textbooks, journals or similar literature which you have consulted and/or which you have relied upon in order to arrive at any opinions which you will render in this case.

T - M. S. K.                    - 26 - 04

FILED
5-26-04
Already Posted

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION          04 MAY 25 PM 2: 54

CASE NO. 03-20616 – CIV-LENARD
MAGISTRATE JUDGE: ANDREA M. SIMONTON

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant
_____/

## NOTICE OF TAKING TELEPHONIC DEPOSITION

    PLEASE TAKE NOTICE that pursuant to all applicable laws and Federal

Rules of Civil Procedure, the undersigned attorneys will take the telephonic

deposition of:

        Name of Deponent:      H. MICHAEL COHEN

                        Deutsch Banc Alex Brown, Inc.
                        101 California Street
                        48th Floor
                        San Fransisco, CA 94111

        Date and Time:        MAY 25, 2004 at 12:00 P.M., Pacific Time
                        (3:00 P.M., Eastern Time)

        Location:            Paulson Court Reporting
                        44 Montgomery St. Suite 810
                        San Fransisco, CA. 94104

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 3

Telephone: (415) 591-3333 Fax: (415-591-3333)

upon oral examination before a notary public or other person authorized by law to take depositions.   The oral examination will continue from day to day until completed.   The deposition is being taken for any and all purposes permissible by law.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation, including hearing assistance, to participate in this proceeding should contact the undersigned for assistance no later than seven days prior to the proceeding.

**PLEASE BE GOVERNED ACCORDINGLY.**

Respectfully submitted,

Bailey & Dawes, L.C.
Counsel for Robert J. Myerburg, M.D.
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
     Guy B. Bailey, Jr.
     Florida Bar No. 96095

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 3 of 3

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing was furnished via facsimile and

U.S. Mail to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis,

First Union Building, Suite 4000, 200 South Biscayne Boulevard, Miami, Florida

33131-2310., and U.S. Mail to H. Michael Cohen., at Deutsch Banc Alex Brown,

Inc., 101 California Street 48th Floor San Francisco CA. 94111, on this day of May

20, 2004.

Of Counsel

*6-16-04*
*already posted*

→ KMB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION 05

CASE NO. 03-20616 – CIV-LENARD
MAGISTRATE JUDGE: ANDREA M. SIMONTON

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant

COPY

/

## NOTICE OF TAKING TELEPHONIC DEPOSITION

PLEASE TAKE NOTICE that pursuant to all applicable laws and Federal Rules of Civil Procedure, the undersigned attorneys will take the telephonic deposition of:

| | |
|---|---|
| Name of Deponent: | H. MICHAEL COHEN |
| | Deutsch Banc Alex Brown, Inc. |
| | 101 California Street |
| | 48th Floor |
| | San Fransisco, CA 94111 |
| Date and Time: | July 7, 2004 at 11:00 a.m., Pacific Time |
| | (2:00 P.M., Eastern Time) |
| Location: | Paulson Court Reporting |
| | 44 Montgomery St. Suite 810 |
| | San Fransisco, CA. 94104 |

Law Offices
BAILEY & DAWES, L.C.
CONTINENTAL PLAZA, SUITE 301, 3250 MARY STREET, MIAMI, FLORIDA 33133 · TEL 305 374 5505 · FAX 305 374 6715

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 3

Telephone: (415) 591-3333 Fax: (415-591-3333)

upon oral examination before a notary public or other person authorized by law to take depositions.   The oral examination will continue from day to day until completed.   The deposition is being taken for any and all purposes permissible by law.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation, including hearing assistance, to participate in this proceeding should contact the undersigned for assistance no later than seven days prior to the proceeding.

PLEASE BE GOVERNED ACCORDINGLY.

Respectfully submitted,

Bailey & Dawes, L.C.
Counsel for Robert J. Myerburg, M.D.
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
        Guy B. Bailey, Jr.
        Florida Bar No. 96095

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 3 of 3

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was furnished via facsimile and

U.S. Mail to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis,

First Union Building, Suite 4000, 200 South Biscayne Boulevard, Miami, Florida

33131-2310., and U.S. Mail to H. Michael Cohen., at Deutsch Banc Alex Brown,

Inc., 101 California Street 48th Floor San Francisco CA. 94111, on this day of June

7, 2004.

Of Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20616 – CIV-LENARD
MAGISTRATE JUDGE: ANDREA M. SIMONTON

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant

_____/

## NOTICE OF TAKING TELEPHONIC DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that pursuant to all applicable laws and Federal Rules of Civil Procedure, the undersigned attorneys will take the telephonic deposition duces tecum of:

| | |
|---|---|
| Name of Deponent: | Kurt H. Kruger |
| Date and Time: | July 7th, 2004<br>at 10:00a.m.-1:00p.m., Eastern Time |
| Location: | Del Vecchio Reporting, LLC<br>700 Canal Street<br>Third Floor<br>Stanford, Connecticut<br>Telephone (203) 245-9583 |

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 3

upon oral examination before a notary public or other person authorized by law to take depositions. The oral examination will continue from day to day until completed. The deposition is being taken for any and all purposes permissible by law.

Deponent is requested to have at said time and place the documents described in the annexed Schedule "A."

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation, including hearing assistance, to participate in this proceeding should contact the undersigned for assistance no later than seven days prior to the proceeding.

PLEASE BE GOVERNED ACCORDINGLY.

Respectfully submitted,

Bailey & Dawes, L.C.
Counsel for Robert J. Myerburg, M.D.
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
Guy B. Bailey, Jr.
Florida Bar No. 96095

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 3 of 3

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was furnished via facsimile and

U.S. Mail to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis,

First Union Building, Suite 4000, 200 South Biscayne Boulevard, Miami, Florida

33131-2310, Kurt H. Kruger 20 Apple Tree Trail Westport, Connecticut 06880., on

this ___ day of June, 2004.

Of Counsel

# EXHIBIT B



FILED BY_____DKT

04 MAY 11 PM 3: 14

CLE...
S.D. OF FL.-MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 03-20616 – CIV-LENARD
### MAGISTRATE JUDGE: ANDREA M. SIMONTON

ROBERT J. MYERBURG, M.D.
individually,

COPY

      Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

      Defendant
_____/

## NOTICE OF SCHEDULING CONFLICTS:
## SURGERY, REHABILITATION, PRE-PAID VACATION

Please take notice that I have the following pre-scheduled, pre-paid commitments:

1.    Serving as a faculty member at the University of Florida Law School/Florida Bar Trial Lawyers Section Advanced Trial Lawyers Seminar in Gainesville on **May 10, through May 16, 2004**.

2.    Significant surgery scheduled with Dr. Frank Eismont, University of Miami, Jackson Hospital Spinal Center on **June 11, 2004**.

3.    Rehabilitation 2 – 4 weeks following surgery.

4.    Pre-paid (anniversary) European trip **July 10, 2004 – July 31, 2004**.

Myerburg, M.D. vs. Medtronic, Inc.
Case No. 03-20616 CIV-LENARD
Magistrate Judge Simonton
Page 2 of 2

I respectfully request, and would greatly appreciate accommodation of the Court and counsel in not scheduling depositions, hearings, or trials during that period, and, if possible, before August 15, 2004.

Thank you very much for your consideration of this request.

Respectfully submitted,

Bailey & Dawes, L.C.
Counsel for Robert J. Myerburg, M.D.
3250 Mary Street, Suite 301
Miami, Florida 33133
(305)374-5505
(305)374-6715 Fax

By: _____
Guy B. Bailey, Jr.
Florida Bar No. 96095

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was furnished via U.S. Mail to Medtronic's counsel, Alvin B. Davis, Esquire, Steel Hector & Davis, First Union Building, Suite 4000, 200 South Biscayne Boulevard, Miami, Florida 33131-2310, this _____ day of May, 2004.

_____
Of Counsel

# EXHIBIT C

**kristina bakardjiev**

| | |
|---|---|
| **From:** | Digna French [Digna.French@steelhector.com] |
| **Sent:** | Tuesday, July 06, 2004 5:55 PM |
| **To:** | kbakardjiev@baileydawes.com |
| **Subject:** | RE: Joint Status Report |

Thank you. As you know, Mr. Davis is on vacation until Monday. I will be unable to provide dates until then,

-Digna.

Digna B. French
STEEL HECTOR & DAVIS LLP
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131-2398
Tel: (305) 577-7056
Fax: (305) 577-7001
dfrench@steelhector.com

>>> "kristina bakardjiev" <kbakardjiev@baileydawes.com> 07/06/04 16:12
PM >>>
I have but he has not responded yet. I will get you an answer by tomorrow. Thanks for checking. Also, I am sending you two letters. The first is a civil theft demand letter required by the Court's order on Medtronic's motion to dismiss and the second is requesting firm dates for the depositions of Medtronic's experts, Mr. Cohen and Mr. Kruger which Mr. Davis canceled. Take care, kmb

Kristina M. Bakardjiev
          Attorney at Law

Bailey & Dawes, L.C.
Continental Plaza, Suite 301
3250 Mary St.
Miami, Fl. 33133

KBakardjiev@baileydawes.com
(305) 374-5505    telephone
(305) 374-6715         fax

-----Original Message-----
From: Digna French [mailto:Digna.French@steelhector.com]
Sent: Tuesday, July 06, 2004 12:26 PM
To: kbakardjiev@baileydawes.com
Subject: RE: Joint Status Report

Hi Kristina. Have you been able to speak with Mr. Bailey about the draft joint status report? Thanks.

-Digna.

Digna B. French
STEEL HECTOR & DAVIS LLP
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131-2398
Tel: (305) 577-7056
Fax: (305) 577-7001
dfrench@steelhector.com

1

## kristina bakardjiev

**From:** Alvin Davis [Alvin.Davis@steelhector.com]
**Sent:** Wednesday, May 12, 2004 5:55 PM
**To:** kbakardjiev@baileydawes.com
**Subject:** Re: Myerburg v. Medtronic- Depo and mediation dates

I am working on this, but Guy's schedule is a bit of a bear. We should be able to pin something down. Yes Mr. Cohen still has the 24th open.

>>> "kristina bakardjiev" <kbakardjiev@baileydawes.com> 05/12/04 04:43PM >>>
I am still trying to find dates to set the depos of Mr. Cohen and Mr. Kruger. Originally, Mr. Cohen was available on the afternoon of May 24th. Is that date still a possibility? Also, I know you are away on vacation the last week of June and 1st week of July; does that include July 5-9? Here are some additional openings in Mr. Bailey's schedule, please let me know if any are convenient for you as well:
May 26 10:30-1:30
May 27th 10-3
June 1-10

Thanks,
**Kristina M. Bakardjiev**
        *Attorney at Law*

**Bailey & Dawes, L.C.**
Continental Plaza, Suite 301
3250 Mary St.
Miami, Fl. 33133

KBakardjiev@baileydawes.com
(305) 374-5505  telephone
(305) 374-6715  fax

7/15/2004

**kristina bakardjiev**

| | |
|---|---|
| **From:** | Alvin Davis [Alvin.Davis@steelhector.com] |
| **Sent:** | Wednesday, May 05, 2004 5:20 PM |
| **To:** | kbakardjiev@baileydawes.com |
| **Subject:** | Re: Myerburg- Mediation |

My vacation is the last week in June, first week of July.  So those dates won't work.

>>> "kristina bakardjiev" <kbakardjiev@baileydawes.com> 05/05/04 04:39PM >>>

Mr. Davis:

I know you are on vacation the first week of June but how does Tuesday June 29th or 30th sound for the Mediation with Judge Stettin?

kmb

7/15/2004

# EXHIBIT D

# S T E E L ■
# H E C T O R
# ■D A V I S
### I N T E R N A T I O N A L™

# Fax Cover Sheet
### Steel Hector & Davis LLP
200 South Biscayne Boulevard
Suite 4000
Miami, FL 33131-2398

Fax
305.577.7000 Confirmation

| | |
|---|---|
| Date: | July 14, 2004 |
| Send To: | Kristina Bakardjiev, Esq. |
| Firm: | Bailey & Dawes, L.C. |
| Fax No.: | 305-374-6715 |
| Phone No.: | 305-374-5505 |

Total Pages Including Cover Sheet:  2

Originator: **Alvin B. Davis, P.A.**         Originator's Phone No.:    304-577-2835

Message:

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage. Thank you.

Original:          ☐ Mailed          ☐ Overnight Courier          ☐ Held in File

Client / Matter Number: _____        Faxed By: _____

S T E E L ■
H E C T O R
▪ D A V I S⁻

Steel Hector & Davis ᴸᴸᴾ
200 South Biscayne Boulevard
Miami, Florida 33131-2398
305.577.7000
305.577.7001 Fax
www.steelhector.com

July 14, 2004

**VIA TELECOPIER**

Kristina Bakardjiev, Esq.
Bailey & Dawes, L.C.
Continental Plaza - Suite 301
3250 Mary Street
Miami, Florida 33133

Alvin B. Davis, P.A.
305.577.2835
adavis@steelhector.com

In re:  Myerbury vs. Medtronic

Dear Kristina:

Here's the way it works.  I request dates on which Mr. Bailey is available to depose the remaining experts.  Which I did.  Then you provide several dates and we pick one that works for everyone.  Which you did not do.  You simply picked an arbitrary date, without conferring.  I wasn't available.  That's why I requested several dates.

Now you seek to blame me because of Mr. Bailey's absence.

Mr. Bailey seldom travels for depositions.  He does them by telephone.  He is planning to conduct the remaining deposition in this manner.[1]  And he doesn't take long. Let's just schedule a telephonic deposition of the remaining expert in the next ten days or so.  Then you can file whatever motion you wish within the time required.  A novel experience for you.

I don't think an extension is required.

Please call me with SEVERAL proposed dates.

Sincerely,

Alvin B. Davis, P.A.

ABD/ps

---

[1]  Based on your damage theory as we understand it, we no longer plan to call Michael Cohen as a witness.  Accordingly, his deposition will not be required.  That leaves only Mr. Kruger.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20616 – CIV-COOKE
MAGISTRATE JUDGE: McALILEY

ROBERT J. MYERBURG, M.D.
individually,

        Plaintiff,

vs.

MEDTRONIC, INC.,
a Minnesota corporation,

        Defendant

_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR MOTIONS IN LIMINE

THIS CAUSE came before the Court on Plaintiff's motion for extension of time (45 days) to serve motions in limine, and the Court being fully advised in the premises, it is, upon consideration,

ORDERED that Plaintiff's Motion be, and the same is hereby GRANTED. Plaintiff may serve motions in limine pertaining to Defendant's expert witnesses by, September 10, 2004.

Done and ordered in Chambers, at Miami-Dade County, Florida this _____ day of July, 2004.

                                   _____
                                United States District Court Magistrate

cc:    Guy B. Bailey, Jr., Esquire
        Alvin B. Davis, Esquire

# EXHIBIT A