UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **03-20616-CIV-COOKE/MCALILEY**

ROBERT J. MYERBURG, M.D.,

    Plaintiffs,

vs.

MEDTRONIC, INC.,

    Defendant.

_____/

FILED by _____ D.C.
MGC
AUG 25 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SCHEDULING HEARING

**THIS CAUSE** came before the Court upon *sua sponte* review of the record. It is

**ORDERED AND ADJUDGED** that oral arguments on the following motions shall take place before the undersigned, United States District Judge Marcia G. Cooke, at the United States Courthouse, Courtroom 6, 301 N. Miami Ave., Miami, Florida 33128 on **Friday, September 10, 2004 at 9:30 am**:

(1) Defendant's Motion for Summary Judgment [DE 88-1];

(2) Plaintiff's Partial Motion for Judgment on the Pleadings [98-1];

(3) Plaintiff's Motion for Partial Judgment on Liability [98-2];

(4) Defendant's Motion in Limine to Strike Expert Testimony of Raymond P.H. Fishe, Ph.D., [DE 93-1];

(5) Defendant's Motion in Limine to Exclude Expert Testimony [DE 130-1];

(6) Defendant's Motion in Limine to Strike Plaintiff's Reliance of Any Kind on the Document Entitled "Financial Upside Calculations" [DE 130-2];



(7) Plaintiff's Motion in Limine to Strike Expert Testimony of Daniel McGavok [DE 131-1];

(8) Plaintiff's Motion to Extend Time to File Motions in Limine Pertaining to Defendant's Rebuttal Expert Witness [DE 129-1]; and

(9) Plaintiff's Motion to Reinstate Civil Theft and Treble Damages Claim [DE 144],

**DONE AND ORDERED** in Chambers at Miami, Florida, this day, August 24, 2004.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies provided to:
Digna B. French, Esquire
Guy Burdette Bailey, Jr., Esquire
Alvin Bruce Davis, Esquire